_____

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,	Docket No.: 20-CR-243 (BRT)

           Plaintiff	**NOTICE OF APPEARANCE**

v.

Joshoamei DeAngelo Richardson,

           Defendant

_____

Bruce M. Rivers
701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN 55415
(612) 339-3939
Attorney I.D 282698


I hereby represent the above-named defendant.


    RIVERS LAW FIRM, P.A.


Dated: <u>November 2, 2020</u>	*s/ Bruce Rivers*
    Bruce Rivers, (#282698)
    Attorney For Defendant
    701 Building Suite 300
    701 Fourth Avenue South
    Minneapolis, Minnesota 55415
    Telephone:      (612) 339-3939