# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Joshoamei Deangelo Richardson (1), )<br>Defendant, )<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:  20-cr-243 JRT/HB<br>Date:  November 3, 2020<br>Court Reporter:  Carla Bebault<br>Video Conference<br>Time Commenced:  2:53 p.m.<br>Time Concluded:  3:11 p.m.<br>Time in Court:  18 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
  Defendant:  Bruce Rivers,
          X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.

X Defendant consents to this hearing via video conference.

                                                            s/SAE
                                          Signature of Criminal Duty Clerk