# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# AMENDED ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Joshoamei Deangelo Richardson (1),<br>　　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:　　　　20-cr-243 JRT/HB<br>Date:　　　　　November 3, 2020<br>Court Reporter:　Carla Bebault<br>Video Conference<br>Time Commenced:　2:39 p.m.<br>Time Concluded:　2:53 p.m.<br>Time in Court:　14 minutes |

APPEARANCES:

　Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
　Defendant:  Bruce Rivers,
　　　　X CJA

**Indictment Dated:**  10/27/2020

　　X Reading of Indictment Waived　　X Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | November 10, 2020 |
| Defendant's Disclosures Due Date: | November 17, 2020 |
| Motion Filing Date: | November 24, 2020 |
| Motion Response Date: | December 8, 2020 |
| Notice of Intent to call Witnesses: | December 8, 2020 |
| Responsive Notice Deadline: | December 11, 2020 |
| Motion Hearing Date: | December 18, 2020 at 9:00 a.m. via video conference before Magistrate Judge Hildy Bowbeer |
| Voir Dire/Jury Instruction Due Date: | January 11, 2021 |
| Status Conference Date: | N/A |
| Trial Date: | January 19, 2021 at 9:00 a.m. before Chief District Judge John R. Tunheim in CR15E, Minneapolis |

Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.
　X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy