AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED

F#11194985

# UNITED STATES DISTRICT COURT
для
District of Minnesota

NOV 09 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Joshoamei Deangelo Richardson (1)

)
)
)
)
)
)
)

Case No. CR 20-243 JRT/HB

**RECEIVED**
*By U.S. Marshal, Saint Paul, MN at 9:18 am, Oct 28, 2020*

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshoamei Deangelo Richardson                          ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Aiding and Abetting Carjacking, 18:2 and 2119(1); Count 2 - Aiding and Abetting Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, 18:2 and 924(c)(1)(A)(ii).

Date: 10/27/2020

*Issuing officer's signature*

M. Fogarty

City and state:   Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

ARRESTED ON 10/29/2020
ARRESTED BY ATF
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
NOV 10 2020
U.S. DISTRICT COURT ST. PAUL