RIVERS LAW FIRM, P.A.
701 BUILDING SUITE 300
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415
TELEPHONE: 612-339-3939

November 24, 2020

The Honorable Becky R. Thorson
Warren E. Burger Federal Courthouse
316 North Robert Street, Suite 346
St. Paul, MN 55101

RE:   *United States of America vs. Joshoamei DeAngelo Richardson*
      **Docket No.:   20-CR-243 (BRT)**

Dear Magistrate Thorson:

    On behalf of Mr. Richardson, we will not be submitting Motions with respect to the above-mentioned matter and request that the motions hearing be cancelled.

    Please feel free to contact me with any questions or concerns.

                                        Respectfully,

                                        */s/   Bruce Rivers*

BMR:jls