# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joshoamei Deangelo Richardson (1),<br>James Brock Williams, Jr. (2),<br><br>Defendants. | Case No. 20-cr-243 (JRT/HB)<br><br><br>**ORDER** |

HILDY BOWBEER, United States Magistrate Judge

This matter is before the Court on the United States' Motions for Discovery [ECF Nos. 24, 25]. The case was referred for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and District of Minnesota Local Rule 72.1. Pursuant to letters from counsel for Defendants [ECF Nos. 35, 36], informing the Court that neither Defendant would be filing pretrial motions, the Court canceled the hearing scheduled for December 18, 2020, and took the Government's motions under advisement. [*See* ECF No. 37.] The Court finds those motions appropriate for summary disposition and will resolve them accordingly.

Therefore, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Government's Motions for Discovery [ECF Nos. 24, 25] are **GRANTED** to the extent the Government seeks discovery consistent with the Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3, and 26.2.

Dated: January 7, 2021

*s/ Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge