# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA
# ARRAIGNMENT MINUTES

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
|  Plaintiff, | BEFORE: HILDY BOWBEER |
| | U.S. MAGISTRATE JUDGE |
| v. | |
| Joshoamei Deangelo Richardson (1), | Case No: 20-cr-243 (JRT/HB) |
| James Brock Williams, Jr. (2), | Date: January 8, 2021 |
| | Courthouse: Saint Paul |
|  Defendants. | Courtroom: ZOOMGOV video |
| | Court Reporter: N/A |
| | Recording: AUDIO |
| | Time Commenced: 1:09 PM |
| | Time Concluded: 1:20 PM |
| | Time in Court: 11 Minutes |

APPEARANCES:

   Plaintiff:    Benjamin Bejar, Assistant U.S. Attorney
   Defendant:  Bruce Rivers, CJA Appointed Counsel for defendant Joshoamei Deangelo Richardson
              F. Clayton Tyler, CJA Appointed Counsel for defendant James Brock Williams, Jr.

 Interpreter / Language:     None / English

**on** ☒ Superseding Indictment            Date filed: **December 15, 2020**

☒ Reading of Supersdeing Indictment Waived     ☒ Not Guilty Plea Entered

| | |
|---|---|
| Disclosures by Government Due: | **January 15, 2021** |
| Disclosures by Defendant Due: | **January 22, 2021** |
| Motions/No Motions Letter Filing Date: | **January 29, 2021** |
| Motion Responses/ Rule 12(c)(3)(A) Notices Due: | **February 12, 2021** |
| Rule 12(c)(3)(B) Notices Due: | **February 16, 2021** |
| Motions Hearing Date: | **February 25, 2021 at 1:00 p.m.** |
| | before Mag. Judge Hildy Bowbeer |
| | ZOOMGOV video technology |
| Voir Dire/Jury Instructions Due: | **March 22, 2021** |
| Trial Date: | **March 29, 2021 at 9:00 a.m.** |
| | before Chief District Judge John R. Tunheim |
| | in MPLS Courtroom 15E |

Other Remarks:

☒ The government made an oral motion to unseal the case for these defendants which was granted.
☒ Each defendant consented to proceed with the arraignment by video conferencing means.

                                                                    s/ *Judith M. Kirby*
                                                                    Courtroom Deputy